```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| RAMON DEJESUS, | : | |
| | : | HONORABLE JOSEPH E. IRENAS |
| Petitioner, | : | |
| | : | CIVIL ACTION NO. 08-1158 (JEI) |
| v. | : | |
| | : | **ORDER DENYING MOTION TO** |
| UNITED STATES OF AMERICA, | : | **VACATE, SET ASIDE, OR CORRECT** |
| | : | **SENTENCE PURSUANT TO 28 U.S.C.** |
| Respondent. | : | **§ 2255** |
| | : | **(Docket No. 1)** |

**APPEARANCES:**

RAMON DEJESUS, *pro se*
# 27324-050
MVCC 555
I Cornell Drive
Philipsburg, Pennsylvania 16866

CHRISTOPHER J. CHRISTIE, UNITED STATES ATTORNEY
By: Andrew Carey, Esq.
970 Broad Street
Suite 700
Newark, New Jersey 07102
        Counsel for Respondent

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence ("Motion") brought pursuant to 28 U.S.C. § 2255 (Docket No. 1), the Court having considered the submissions of the parties, and for the reasons set forth in the Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 30th day of July, 2008,

    **ORDERED THAT:**

    1.   Petitioner's Motion is hereby **DENIED** without an

        evidentiary hearing.

2. Because this Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue. *See* 28 U.S.C. § 2253(c).

                                               s/ *Joseph E. Irenas*
                                               **JOSEPH E. IRENAS, S.U.S.D.J.**